JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SM RICHARDS, INC., a California corporation, DOE 1 through DOE 5, inclusive<br><br>Defendants. | CASE NO. SACV11-01732 CJC (RNBx)<br><br>AMENDED DEFAULT JUDGMENT |

Upon default of Defendant, SM RICHARDS, INC., a California corporation, ("EMPLOYER"), Judgment is hereby entered against EMPLOYER and in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN

CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA on Plaintiff's Complaint covering the period from March 2010 through September 2011, as follows:

1. Damages in the principal sum of $3,576.59;
2. Interest in the sum of $173.07
3. Attorneys fees in the sum of $557.66;
4. Costs of suit in the sum of $487.88.

For a total judgment sum of $4,795.20

DATED: September 24, 2012

_____
United States District Judge
Central District of California