JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SM RICHARDS, INC., a California corporation, DOE 1 through DOE 5, inclusive<br><br>Defendants. | CASE NO. SACV11-01732 CJC (RNBx)<br><br>AMENDED DEFAULT JUDGMENT |

Upon default of Defendant, SM RICHARDS, INC., a California corporation, ("EMPLOYER"), Judgment is hereby entered against EMPLOYER and in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN

1 | CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR
2 | SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING
3 | TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION
4 | INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and
5 | LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN
6 | CALIFORNIA on Plaintiff's Complaint covering the period from March 2010
7 | through September 2011, as follows:
8 |     1.    Damages in the principal sum of $3,576.59;
9 |     2.    Interest in the sum of $173.07
10 |     3.    Attorneys fees in the sum of $557.66;
11 |     4.    Costs of suit in the sum of $487.88.
12 |     For a total judgment sum of $4,795.20
13 |
14 | DATED: September 24, 2012
15 |                                 _____
16 |                                 United States District Judge
                                Central District of California